**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03069-REB-CBS

RENEE REESE,

    Plaintiff,

v.

MIDLAND FUNDING, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the plaintiff's **Unopposed Motion To Dismiss With Prejudice** [#12][1] filed February 12, 2014.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That plaintiff's **Unopposed Motion To Dismiss With Prejudice** [#12] filed February 12, 2014, is **GRANTED**; and

2.  That this action is **DISMISSED WITH PREJUDICE**.

Dated February 12, 2014, at Denver, Colorado.

    **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.